## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MARY SHEPPARD,                                                    CIVIL NO. 04-4145 MJD/AJB

      PLAINTIFF,

V.                                                                **ORDER**

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

      DEFENDANT.

___

JENNIFER G. MROZIK, ESQ., FOR MARY SHEPPARD.

LONNIE F. BRYAN, ESQ., ASSISTANT UNITED STATES ATTORNEY, FOR THE COMMISSIONER.

___

The above entitled matter came before the court upon the April 27, 2006 Report and Recommendation by Magistrate Judge Arthur J. Boylan.  The Report and Recommendation recommended that attorney fees under the Equal Access to Justice Act (EAJA) be awarded to plaintiff based on her successful appeal of the denial of disability.  No objections having been filed, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation dated April 27, 2006, is **ADOPTED**; and

2. Plaintiff's Motion for Attorney Fees [Docket No. 29] in the amount of $4,785.00 is **GRANTED**.

Dated: June 12, 2006                                        s / Michael J. Davis
                                                                         Judge Michael J. Davis
                                                                         United States District Court